SEATTLE BREWING & MALTING COM-
PANY, a Corporation, Petitioner, v. COM-
MISSIONER OF INTERNAL REVE-
NUE, Respondent.

No. 11467.

Circuit Court of Appeals, Ninth Circuit.

Jan. 8, 1948.

Rehearing Denied Feb. 18, 1948.

See 166 F.2d 326.

Jones & Bronson, H. B. Jones, A. R.
Kehoe, R. B. Hooper, Chadwick, Chadwick
& Mills, and Stephen F. Chadwick, all of
Seattle, Wash., for petitioner.

Theron L. Caudle, Asst. Atty. Gen., and
Sewall Key, Lee A. Jackson, Melva M.
Graney, and I. Henry Kutz, Sp. Assts. to
Atty. Gen., for respondent.

Before DENHAM, HEALY, and BONE,
Circuit Judges.

PER CURIAM.

This, as the companion case of Commis-
sion of Internal Revenue v. Rainier Brew-

ing Co., 9 Cir., 165 F.2d 217, presented to the Tax Court "hybrid questions of mixed law and fact [and] their resolution because of the fact element involved will * * * afford little concrete guidance to future cases." We hence do not consider the petitioner's contention that "the facts found fall short of meeting statutory requirements." Bingham v. Commissioner, 325 U. S. 365, 370, 65 S.Ct. 1232, 89 L.Ed. 1670; Choate v. Commissioner, 324 U.S. 1, 65 S. Ct. 469, 89 L.Ed. 653.

The decision of the Tax Court, 6 T.C. 856, is affirmed.